## McMASTERS v. FELTYBERGER, APPELLANT.

Appeal, No. 166, Oct. T., 1892, by defendant, Samuel Feltyberger, from judgment of C. P. No. 3, Allegheny Co., Aug. T., 1891, No. 360, on verdict for plaintiff, David M. McMasters. Argued with preceding case.

*J. J. Miller* and *D. T. Watson*, for appellant.

*A. M. Brown*, *R. E. Stewart* with him, for appellee.

OPINION BY MR. CHIEF JUSTICE PAXSON, January 3, 1893:
This case is ruled by McMasters v. Negley, decided herewith. Any further discussion of the question involved is unnecessary.
    Judgment reversed.

MR. JUSTICE STERRETT took no part in the decisions of these cases.